# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SHILO HAMACHER,

        Plaintiff,

v.

GC SERVICES, LP.,

        Defendant.

NO. 2:12-cv-2025

PLAINTIFF'S COMPLAINT
(Unlawful Debt Collection Practices)

SHILO HAMACHER (Plaintiff), through his attorneys, alleges the following against GC SERVICES, LP., (Defendant):

## INTRODUCTION

*1.* Plaintiff's Complaint is based on the Fair Debt Collection Practices Act (FDCPA), *15 U.S.C. 1692, et seq.*

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the State of Washington and, therefore, personal jurisdiction is established.

*4.* Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person residing in Marysville, Snohomish County, Washington.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*.

7. According to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a business entity located at 6330 Gulfton, Houston Texas.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

11. In September and October of 2012, Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

12. Plaintiff's alleged debt owed arises from transactions used for personal, family, and household purposes.

13. Defendant called Plaintiff's telephone number at 425-244-79XX.

14. On September 25, 2012, Defendant called Plaintiff and left a voicemail message on Plaintiff's answering machine. *See* transcribed voicemail message attached hereto as Exhibit A.

15. In the voicemail message, Defendant's representative, "John Frick" failed to meaningfully disclose the company's name or the nature of the call or state that the call was from a debt collector. *See* Exhibit A.

16. In the voicemail message, Defendant's representative, "John Frick", directed Plaintiff to call him back at 1-314-851-4383, which is a number that belongs to Defendant. *See* Exhibit A.

17. On October 3, 2012, Defendant called Plaintiff and left a second voicemail message on Plaintiff's answering machine. *See* transcribed voicemail message attached hereto as Exhibit B.

18. In the voicemail message, Defendant's representative, "Ms. Williamson" failed to

meaningfully disclose the company's name or the nature of the call or state that the call was from a debt collector. *See* Exhibit B.

19. In the voicemail message, Defendant's representative, "Ms. Williamson", directed Plaintiff to call her back at 1-314-851-4383, which is a number that belongs to Defendant. *See* Exhibit B.

20. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

1. Defendant violated the FDCPA based on the following:

   a. Defendant violated § 1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

   b. Defendant violated § 1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant did not provide the identity of the caller or the nature of the debt.

   c. Defendant violated § 1692e of the FDCPA by using false, deceptive or misleading representation with the collection of the debt.

   d. Defendant violated § 1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt.

   e. Defendant violated § 1692e(11) of the FDCPA by failing to disclose that the call was from a debt collector.

1  WHEREFORE, Plaintiff, SHILO HAMACHER, respectfully requests judgment be
2  entered against Defendant, GC SERVICES, LP., for the following:

3  2. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

4  3. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k;* and

5  4. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: */s/ Sharon Cousineau*
Sharon Cousineau
700 W. Evergreen Blvd.
Vancouver, WA 98660
360-750-3789
sdcousineau@gmail.com
Attorney for Plaintiff