# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHILO HAMACHER,<br><br>                    Plaintiff,<br>v.<br><br>GC SERVICES, LP.,<br><br>                    Defendant. | CIVIL CASE NO.  2:12-cv-02025<br><br>**NOTICE OF SETTLEMENT** |

## **NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, SHILO HAMACHER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                        Respectfully Submitted,


DATED:  January 25, 2013            KROHN & MOSS, LTD.



                                        By: /s/ Sharon Cousineau
                                              Sharon Cousineau, Esq.

Plaintiff's Notice of Settlement - 1 -

Samwel, Cousineau & Shea, PC
700 West Evergreen Boulevard
Tel. 360-750-3789 / Fax 360-750-3788

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Sharon Cousineau
Sharon Cousineau, Esq.