**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SHILO HAMACHER, | |
| Plaintiff, | CIVIL CASE NO. 2:12-cv-02025 |
| v. | VOLUNTARY DISMISSAL |
| GC SERVICES, LP., | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SHILO HAMACHER, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Respectfully Submitted,

DATED: March 4, 2013        KROHN & MOSS, LTD.

By: /s/ Sharon Cousineau
Sharon Cousineau, Esq.

Voluntary Dismissal

Cousineau Law Group
700 West Evergreen Blvd.
Vancouver, WA 98660
(971) 207-5140

## CERTIFICATE OF SERVICE

1

2  I hereby certify that on March 4, 2013, I electronically filed the foregoing Notice of Voluntary

3  Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

4  electronically submitted to all parties by the Court's CM/ECF system.

5

6                                            By:/s/ Sharon Cousineau

7                                              Sharon Cousineau, Esq.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  Voluntary Dismissal                                                                                             Cousineau Law Group

28                                                                                              700 West Evergreen Blvd.
                                                                                                    Vancouver, WA 98660
                                                                                                          (971) 207-5140